**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| **Plaintiff,** | JUDGE |
| vs. | **INDICTMENT** |
| **JAYLAN MILES-RASHAWN GORE,** | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Felon in Possession of a Firearm)**

1.      On or about April 28, 2025, in the Southern District of Ohio, the defendant, **JAYLAN GORE**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Smith & Wesson, Model SD9VE pistol, bearing serial number FDK3134, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### COUNT TWO
**(Felon in Possession of a Firearm)**

2.      On or about May 14, 2025, in the Southern District of Ohio, the defendant, **JAYLAN GORE**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one American Tactical Omni Hybrid rifle, bearing serial number NS341405, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

3.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.      Upon conviction of any offense alleged in this Indictment, the defendant, **JAYLAN GORE**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One American Tactical Omni Hybrid rifle, bearing serial number NS341405;

- One Smith & Wesson, Model SD9VE pistol, bearing serial number FDK3134; and

- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

_S/FOREPERSON_
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**